**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **FRANCES LORRAINE GOMEZ,** | : | Case No. 17-50114 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge Charles M Caldwell. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor **FRANCES LORRAINE GOMEZ** by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

**FRANCES LORRAINE GOMEZ**
3513 McCallum Club
Columbus, Ohio 43219

Respectfully submitted,

Dated: 28 November 2017

*/s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com